*E-FILED 08-25-2010*

LAWRENCE G. TOWNSEND, ESQ. (SBN 88184)
KATHLEEN E. LETOURNEAU, ESQ. (SBN 244747)
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, CA  94105
Telephone: 415-882-3200
Facsimile:  415-882-3232
ltownsend@owe.com
kel@owe.com

Attorneys for Defendants, Counter-Claimants and Third-Party Plaintiff
TOM STOREY and PREMIER GLOBAL LOGISTICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANTHER EXPEDITED SERVICES, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOM STOREY; ELITE GLOBAL LOGISTICS, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.:  CV 10 2904 HRL<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING RESPONSIVE PLEADING DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Re:  Docket No. 12] |
| TOM STOREY,<br><br>　　　　Counter-Claimant and<br>　　　　Third-Party Plaintiff,<br><br>and<br><br>PREMIER GLOBAL LOGISTICS, LLC, a Nevada Limited Liability Company,<br><br>　　　　Counter-Claimant,<br><br>v.<br><br>PANTHER EXPEDITED SERVICES, INC., a Delaware Corporation,<br><br>　　　　Counter-Defendant,<br><br>and<br><br>PANTHER II TRANSPORTATION, INC., an Ohio Corporation, and ELITE TRANSPORTATION SERVICES, LLC, an Oregon Limited Liability Company,<br><br>　　　　Third-Party Defendants. | |

1

STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE, ETC.; Case No: CV 10 2904 HRL

Counsel report that they have met and conferred regarding this request and have reached the following stipulation pursuant to Civil L.R. 6-1, 6-2 and 7-12:

1. Third-Party Defendants Panther II Transportation, Inc. and Elite Transportation Services, LLC have authorized the law firm of Baker & Associates to accept service on their behalf in the above captioned matter. The following documents were served on August 16, 2010:

   a. Civil Case Cover Sheet;
   b. Defendants' Answer to Plaintiff's Complaint and Defendants' Counterclaims and Third-Party Complaint; Demand for Jury Trial;
   c. Summons on Third-Party Complaint;
   d. Certification of Interested Entities or Persons;
   e. Corporate Disclosure Statement;
   f. Standing Order - Magistrate Judge Howard R. Lloyd;
   g. Standing Order Regarding Case Management in Civil Cases - San Jose Division;
   h. Standing Order re Contents of Joint CMC Statement - San Jose Division;
   i. Order Setting Initial Case Management Conference and ADR Deadlines; and
   j. Notice of Assignment to Magistrate Judge;
   k. ECF Handout; and
   l. USDC Welcome Pamphlet and booklet.

2. The parties agree and stipulate that Plaintiff and Counter-Defendant Panther Expedited Services, Inc. and Third-Party Defendants Panther II Transportation, Inc. and Elite Transportation Services, LLC shall have up to and including **September 20, 2010** to answer or otherwise respond to Counter-Claimant and Third-Party Plaintiff Tom Storey's and Counter-Claimant Premier Global Logistics, LLC's Counterclaim and Third-Party Complaint, which was filed with this court on August 4, 2010.

3. The parties hereby stipulate and agree to an order continuing the Case Management Conference ("CMC") currently scheduled for September 14, 2010 at 1:30 p.m. to **October 14, 2010** at 1:30 p.m., or to a date and time thereafter that is convenient to the Court. This continuance also

1. alters the current deadline to file the Joint Case Management Conference Statement from September 7, 2010 to **October 7, 2010**. The parties agree that it would be most efficient for Counter-Defendant and Third-Party Defendants to first file their responsive pleadings before considering case management issues. This additional time would permit the parties to meaningfully confer to prepare the CMC report and prepare for the CMC. This additional time will also aid the parties in fully exploring settlement opportunities.

IT IS SO STIPULATED.

Dated: August 23, 2010              BAKER & ASSOCIATES

By: _____
Scott L. Baker
Jone S. Osborn
Attorneys for Plaintiff, Counter-Defendant and Third-Party Defendants
PANTHER EXPEDITED SERVICES, INC.,
PANTHER II TRANSPORTATION, INC., and
ELITE TRANSPORTATION SERVICES, LLC

Dated: August 23, 2010              OWEN, WICKERSHAM & ERICKSON, P.C.

By: _____
Lawrence G. Townsend
Kathleen E. Letourneau
Attorneys for Defendants, Counter-Claimants and Third-Party Plaintiff
TOM STOREY and PREMIER GLOBAL LOGISTICS

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the Initial Case Management Conference set for September 14, 2010 is continued to _____**October 19**_____, 2010. The deadline to file the Joint Case Management Conference Statement is adjusted accordingly.

IT IS SO ORDERED.

Dated: August 25, 2010

_____
Honorable Howard R. Lloyd
Magistrate Judge of The United States District Court

S:\1Clients\PREGLOB\Stip Re Responsive Pleadings & CMC.doc