1  **BAKER & ASSOCIATES**                         **\*E-FILED 05-18-2011\***
   SCOTT L. BAKER (SBN 128032)
2  JONE S. OSBORN (SBN 67047)
   1875 Century Park East, Suite 1490
3  Los Angeles, CA 90067
   Telephone: 310-553-2253
4  Facsimile:  310-553-2254
   Email:      slb@bakerslaw.com
5              jso@bakerslaw.com

6  Attorneys for Plaintiff and Counter-Defendant Panther Expedited Services, Inc., Third-Party
   Defendant Panther II Transportation, Inc., and Third-Party Defendant Elite Transportation
7  Services, LLC

8  **OWEN WICKERSHAM & ERICKSON, P.C.**
   LAWRENCE G. TOWNSEND (SBN 88184)
9  KATHLEEN E. LETOURNEAU (SBN 244747)
   455 Market Street, 19th Floor
10 San Francisco, CA  94105
   Telephone:  415-882-3200
11 Facsimile:  415-882-3232
   Email:      ltownsend@owe.com
12             kel@owe.com

13 Attorneys for Defendants, Counter-Claimants and Third-Party Plaintiff TOM STOREY and
   PREMIER GLOBAL LOGISTICS

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

| 17 | PANTHER EXPEDITED SERVICES, INC., a Delaware Corporation, | Case No. CV 10 2904 HRL |
|---|---|---|
| 18 | Plaintiff, | **STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES;** [PROPOSED] **ORDER** |
| 19 | v. | |
| 20 | TOM STOREY; ELITE GLOBAL LOGISTICS, a business entity of unknown form; and DOES 1 through 50, inclusive, | Trial: December 12, 2011 |
| 21 | | Courtroom: Department 2, 5th Floor<br>Judge Magistrate: The Hon. Howard R. Lloyd |
| 22 | Defendants. | |
| 23 | And Related Counterclaims and Third-Party Complaint. | **MODIFIED BY THE COURT**<br><br>[Re:   Docket No. 39] |

-1-
STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES; [PROPOSED] ORDER   CV 10 2904 HRL

All parties to this action, acting by and through their counsel of record, hereby stipulate to continue certain pre-trial deadlines, based upon the following:

1) The parties are <u>not</u> seeking to continue the trial date of December 12, 2011.

2) The trial date was originally projected for October 2011, based on which the parties proposed pre-trial deadlines as set forth in the Updated Joint Case Management Conference Statement filed in February 2011.

3) Following the CMC Hearing on February 22, 2011, the Court issued its Case Management Order setting the trial date for December 12, 2011 and adopting the pre-trial cut-off dates previously proposed by the parties based on an October trial date.

4) Such pre-trial deadlines are sooner than typical or necessary thereby placing undue pressure on the parties to complete discovery and other pre-trial matters.

5) The parties have been making diligent efforts to settle the matter in an effort to avoid the cost of litigation but have been unsuccessful. Extending the proposed dates will not cause the trial to be continued or any prejudice to the Court.

6) The chart below indicates the current pre-trial deadlines compared with the proposed dates.

| ITEM | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Fact Discovery Cutoff | 06/15/11 | 08/19/11 |
| Designation of Experts | 07/01/11 | 09/02/11 |
| Last Day for Hearing Dispositive Motions | 10/11/11 | ~~09/23/11~~ 09/27/11 |
| Designation of Rebuttal Experts | 08/01/11 | 10/03/11 |
| Expert Discovery Cutoff | 08/22/11 | 11/08/11 |
| Final Pre-Trial Conference | 12/06/11 | 12/06/11 |
| Trial | 12/12/11 | 12/12/11 |

Accordingly, the parties, by their respective counsel, hereby stipulate and request that the Court order that the Case Management Order be amended by the dates set forth above.

IT IS SO STIPULATED.

Dated: May 9, 2011

BAKER & ASSOCIATES

By: _____
Scott L. Baker
Jone S. Osborn

Attorneys for Panther Expedited Services, Inc., Panther II Transportation, Inc., and Elite Transportation Services, LLC

Dated: May 9, 2011

OWEN, WICKERSHAM & ERICKSON

By: _____
Lawrence G. Townsend
Kathleen E. Letourneau

Attorneys for Tom Storey and Premier Global Logistics

~~[PROPOSED]~~ ORDER
**(as modified by the court)**

The Court adopts the proposed dates set forth in this Stipulation and amends the Case Management Order accordingly. **The court is disinclined to grant further extensions of the case management deadlines.** ~~IT IS SO ORDERED.~~

Dated: May __18__, 2011

By: _____
The Honorable Howard R. Lloyd
United States Magistrate Judge

-3-

STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES; [PROPOSED] ORDER