**BAKER & ASSOCIATES**
SCOTT L. BAKER (SBN 128032)
JONE S. OSBORN (SBN 67047)
1875 Century Park East, Suite 1490
Los Angeles, CA 90067
O: 310-553-2253
F: 310-553-2254
slb@bakerslaw.com
jso@bakerslaw.com

*E-FILED 08-05-2011*

Attorneys for Plaintiff and Counter-Defendant Panther Expedited Services, Inc., Third-Party Defendant Panther II Transportation, Inc., and Third-Party Defendant Elite Transportation Services, LLC

**OWEN WICKERSHAM & ERICKSON, P.C.**
LAWRENCE G. TOWNSEND (SBN 88184)
KATHLEEN E. LETOURNEAU (SBN 244747)
455 Market Street, 19th Floor
San Francisco, CA 94105
O: 415-882-3200
F: 415-882-3232
ltownsend@owe.com
kel@owe.com

Attorneys for Defendants, Counter-Claimants and Third-Party Plaintiff TOM STOREY and PREMIER GLOBAL LOGISTICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANTHER EXPEDITED SERVICES, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TOM STOREY; ELITE GLOBAL LOGISTICS, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br><br>And Related Counterclaims and Third-Party Complaint. | Case No. CV 10 2904 HRL<br><br>**STIPULATION TO EXTEND THE DISCOVERY CUTOFF ONE WEEK TO CONDUCT DEPOSITIONS**<br><br>[PROPOSED] **ORDER**<br><br>Trial:　　　　　　December 12, 2011<br><br>Courtroom:　　　　Department 2, 5th Floor<br>Judge Magistrate:　The Hon. Howard R. Lloyd<br><br>[Re:　Docket No. 41] |

　　　　All parties to this action, acting by and through their counsel of record, hereby stipulate to continue the deposition cut-off date one week from August 19, 2011 to August 26, 2011 for the limited purpose of conducting depositions, based upon the following:

1) The parties are not seeking to continue the trial date of December 12, 2011 or any other pre-trial dates.

2) All counsel and their clients have been proceeding as diligently as possible on two fronts: (a) working toward a global resolution by attempting to find creative, common ground to resolve their disputes and preserve judicial resources; and (b) conducting written discovery in preparation for key depositions.

3) The parties have narrowed depositions to a maximum of four: two to three witnesses designated as persons most knowledgeable of the Panther parties, and Tom Storey only for defendants and counter-claimants.

4) Despite working diligently to meet the discovery cutoff, Counsel for Panther has encountered unavoidable logistical difficulties in coordinating the litigation schedules of Plaintiffs' persons most knowledgeable. Panther has been tied up in another ongoing trial in Indiana. As a result, its executives and in-house counsel, who was also required to make several unscheduled appearances as a Judge Advocate General in New York several weekends in June and July, have been largely unavailable. Moreover, many of Plaintiffs' witnesses have pre-paid vacation and international travel planned, which has also limited the availability of those witnesses. Lastly, the geographical locations of counsel, parties and witnesses has also presented a challenge—Panther's persons most knowledgeable are located in Ohio, Illinois and Washington State; Mr. Storey resides in Northern California; counsel for Panther are in Los Angeles; and counsel for Mr. Storey are in San Francisco.

STIPULATION TO EXTEND THE DISCOVERY CUTOFF ONE WEEK TO CONDUCT DEPOSITIONS; [PROPOSED] ORDER     CV 10 2904 HRL

5)     The soonest available dates for Panther's witnesses and counsel is during the week of August 22 to 26. All Panther witnesses and counsel for all parties have agreed to meet in Cleveland at that time to conduct the agreed depositions—assuming the Court issues the proposed Order based upon this Stipulation.

6)     The one-week continuance of the discovery cut-off of August 19, 2011 sought by this Stipulation for the sole and limited purpose of conducting the agreed depositions in Cleveland during the week of August 22, will not impact the trial or any other existing date or deadline in this action.

Accordingly, the parties, by their respective counsel, hereby stipulate and request that the Court order that the Case Management Order be amended to extend the dates for the parties to conduct depositions to August 26, 2011.

IT IS SO STIPULATED.

Dated: August 3, 2011     BAKER & ASSOCIATES

By: _____
Scott L. Baker
Jone S. Osborn

Attorneys for Panther Expedited Services, Inc., Panther II Transportation, Inc., and Elite Transportation Services, LLC

Dated: August 3, 2011     OWEN, WICKERSHAM & ERICKSON

By: _____
Lawrence G. Townsend
Kathleen E. Letourneau

Attorneys for Tom Storey and Premier Global Logistics

-3-

## [PROPOSED] ORDER

The Court adopts the proposed date set forth in this Stipulation and amends the Case Management Order accordingly to extend the discovery cutoff for depositions only to August 26, 2011.

**IT IS SO ORDERED.**

Dated: August 5, 2011          By: _____
                                   The Honorable Howard R. Lloyd
                                   United States Magistrate Judge