**BAKER & ASSOCIATES**
Scott L. Baker, Esq. (CA SBN 128032)
(slb@bakerslaw.com)
Jone S. Osborn, Esq. (CA SBN 67047)
(jso@bakerslaw.com)
1875 Century Park East, Suite 1490
Los Angeles, CA 90067
O: (310) 553-2253
F: (310) 553-2254
Attorneys for Plaintiffs PANTHER EXPEDITED
SERVICES, INC., PANTHER II TRANSPORTATION, INC.,
and ELITE TRANSPORTATION SERVICES, LLC,

**OWEN WICKERSHAM & ERICKSON, P.C.**
LAWRENCE G. TOWNSEND (SBN 88184)
KATHLEEN E. LETOURNEAU (SBN 244747)
455 Market Street, Suite 1910
San Francisco, CA 94105
Telephone: 415-882-3200
Facsimile: 415-882-3232
ltownsend@owe.com
kel@owe.com

Attorneys for Defendants and Counter-Claimants
TOM STOREY and PREMIER GLOBAL LOGISTICS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| PANTHER EXPEDITED SERVICES, INC., a Delaware Corporation, PANTHER II TRANSPORTATION, INC., an Ohio Corporation, and ELITE TRANSPORTATION SERVICES, LLC, an Oregon Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>TOM STOREY, an individual, ELITE GLOBAL LOGISTICS, a business entity of unknown form, and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: CV 10 2904 HRL<br><br>[PROPOSED] ORDER RE PARTIES' STIPULATION TO HOLD RESPONSE TO THE AMENDED COUNTER-COMPLAINT IN ABEYANCE PENDING A RULING ON THE COUNTER-DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS / SUMMARY JUDGMENT<br><br>(RE: Docket No. 58) |

[PROPOSED] ORDER RE STIPULATION TO HOLD RESPONSE TO AMENDED COUNTER-COMPLAINT IN ABEYANCE
PENDING A RULING ON THE MOTION FOR JOP/MSJ - Case No. CV 10 2904 HRL
Page 1

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT: Counter-Defendants' response to the Amended Counter-Complaint is held in abeyance pending the Court's Ruling on the Motion For Partial Judgment On The Pleading / Summary Judgment.

Dated: September 26, 2011

_____
Magistrate Judge Howard R. Lloyd