*E-FILED 11-23-2011*

1 **OWEN, WICKERSHAM & ERICKSON, P.C.**
LAWRENCE G. TOWNSEND (SBN 88184)
2 KATHLEEN E. LETOURNEAU (SBN 244747)
455 Market Street, Suite 1910
3 San Francisco, CA 94105
Telephone: 415-882-3200
4 Facsimile: 415-882-3232
Email:      ltownsend@owe.com
5              kletourneau@owe.com

6 Attorneys for Defendants and Counter-Claimants
TOM STOREY and PREMIER GLOBAL LOGISTICS, LLC
7

**BAKER & ASSOCIATES**
8 SCOTT L. BAKER (SBN 128032)
JONE S. OSBORN (SBN 67047)
9 1875 Century Park East, Suite 1490
Los Angeles, CA 90067
10 Telephone: 310-553-2253
Facsimile: 310-553-2254
11 Email:      slb@bakerslaw.com
             jso@bakerslaw.com
12
Attorneys for Plaintiffs and Counter-Defendants
13 PANTHER EXPEDITED SERVICES, INC.,
PANTHER II TRANSPORTATION, INC., and
14 ELITE TRANSPORTATION SERVICES, LLC

15
UNITED STATES DISTRICT COURT
16 NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
17

| | |
|---|---|
| 18 PANTHER EXPEDITED SERVICES, INC., a Delaware Corporation, PANTHER II TRANSPORTATION, INC., an Ohio Corporation, and ELITE TRANSPORTATION SERVICES, LLC, an Oregon Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>TOM STOREY, an individual, ELITE GLOBAL LOGISTICS, a business entity of unknown form, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 10 2904 HRL<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION AND COUNTERCLAIM WITH PREJUDICE**<br><br>[FRCP Rule 41] |
| AND RELATED COUNTER-CLAIMS | |

1

STIPULATION AND ORDER OF DISMISSAL OF ACTION AND COUNTERCLAIM WITH PREJUDICE
USDC NDCal Case No. 10 2904 HRL

1  IT IS HEREBY STIPULATED, by and between the parties to this action, pursuant to their Confidential Settlement Agreement and Release, through their attorneys of record, that the entire action herein, including the complaint filed by plaintiffs Panther Expedited Services, Inc., Panther II Transportation, Inc., and Elite Transportation Services, LLC against defendants Tom Storey and Premier Global Logistics, LLC, and the counterclaim filed by counter-claimants Tom Storey and Premier Global Logistics, LLC against counter-defendants Panther Expedited Services, Inc., Panther II Transportation, Inc., and Elite Transportation Services, LLC, be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated: November 22, 2011        OWEN, WICKERSHAM & ERICKSON, P.C.


By :      /s/ Lawrence G. Townsend
         Lawrence G. Townsend
         Kathleen E. Letourneau

         Attorneys for Defendants and Counter-Claimants
         TOM STOREY and PREMIER GLOBAL
         LOGISTICS, LLC


Dated: November 22, 2011        BAKER & ASSOCIATES


By: _____
         Scott L. Baker
         Jone S. Osborn

         Attorneys for Plaintiffs and Counter-Defendants
         PANTHER EXPEDITED SERVICES, INC.,
         PANTHER II TRANSPORTATION, INC., and
         ELITE TRANSPORTATION SERVICES, LLC

<h2>[~~PROPOSED~~] ORDER</h2>

Pursuant to stipulation of the parties and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the entire action herein, including the complaint filed by plaintiffs Panther Expedited Services, Inc., Panther II Transportation, Inc., and Elite Transportation Services, LLC against defendants Tom Storey and Premier Global Logistics, LLC, and the counterclaim filed by counter-claimants Tom Storey and Premier Global Logistics, LLC against counter-defendants Panther Expedited Services, Inc., Panther II Transportation, Inc., and Elite Transportation Services, LLC be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated: November 23, 2011

~~XXXJUDGE~~ MAGISTRATE JUDGE OF THE DISTRICT COURT
HOWARD R. LLOYD