*E-FILED 11-23-2011*

**OWEN, WICKERSHAM & ERICKSON, P.C.**
LAWRENCE G. TOWNSEND (SBN 88184)
KATHLEEN E. LETOURNEAU (SBN 244747)
455 Market Street, Suite 1910
San Francisco, CA 94105
Telephone: 415-882-3200
Facsimile: 415-882-3232
Email:   ltownsend@owe.com
         kletourneau@owe.com

Attorneys for Defendants and Counter-Claimants
TOM STOREY and PREMIER GLOBAL LOGISTICS, LLC

**BAKER & ASSOCIATES**
SCOTT L. BAKER (SBN 128032)
JONE S. OSBORN (SBN 67047)
1875 Century Park East, Suite 1490
Los Angeles, CA 90067
Telephone: 310-553-2253
Facsimile: 310-553-2254
Email:   slb@bakerslaw.com
         jso@bakerslaw.com

Attorneys for Plaintiffs and Counter-Defendants
PANTHER EXPEDITED SERVICES, INC.,
PANTHER II TRANSPORTATION, INC., and
ELITE TRANSPORTATION SERVICES, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PANTHER EXPEDITED SERVICES, INC., a Delaware Corporation, PANTHER II TRANSPORTATION, INC., an Ohio Corporation, and ELITE TRANSPORTATION SERVICES, LLC, an Oregon Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>TOM STOREY, an individual, ELITE GLOBAL LOGISTICS, a business entity of unknown form, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 10 2904 HRL<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION AND COUNTERCLAIM WITH PREJUDICE**<br><br>[FRCP Rule 41] |
| AND RELATED COUNTER-CLAIMS | |

1

1  IT IS HEREBY STIPULATED, by and between the parties to this action, pursuant to their Confidential Settlement Agreement and Release, through their attorneys of record, that the entire action herein, including the complaint filed by plaintiffs Panther Expedited Services, Inc., Panther II Transportation, Inc., and Elite Transportation Services, LLC against defendants Tom Storey and Premier Global Logistics, LLC, and the counterclaim filed by counter-claimants Tom Storey and Premier Global Logistics, LLC against counter-defendants Panther Expedited Services, Inc., Panther II Transportation, Inc., and Elite Transportation Services, LLC, be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated: November 22, 2011     OWEN, WICKERSHAM & ERICKSON, P.C.


By :    /s/ Lawrence G. Townsend
        Lawrence G. Townsend
        Kathleen E. Letourneau

Attorneys for Defendants and Counter-Claimants
TOM STOREY and PREMIER GLOBAL
LOGISTICS, LLC


Dated: November 22, 2011     BAKER & ASSOCIATES


By: _____
    Scott L. Baker
    Jone S. Osborn

Attorneys for Plaintiffs and Counter-Defendants
PANTHER EXPEDITED SERVICES, INC.,
PANTHER II TRANSPORTATION, INC., and
ELITE TRANSPORTATION SERVICES, LLC

# [PROPOSED] ORDER

Pursuant to stipulation of the parties and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the entire action herein, including the complaint filed by plaintiffs Panther Expedited Services, Inc., Panther II Transportation, Inc., and Elite Transportation Services, LLC against defendants Tom Storey and Premier Global Logistics, LLC, and the counterclaim filed by counter-claimants Tom Storey and Premier Global Logistics, LLC against counter-defendants Panther Expedited Services, Inc., Panther II Transportation, Inc., and Elite Transportation Services, LLC be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated: November 23, 2011

_____
MAGISTRATE JUDGE
OF THE DISTRICT COURT
HOWARD R. LLOYD